■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BLANCHARD, Appellant. [18 NYS3d 350]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered March 27, 2013, convicting him of murder in the second degree (two counts) and kidnapping in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowingly, voluntarily, or intelligently entered is unpreserved for appellate review (*see* CPL 220.60 [3]; 470.05 [2]; *People v Clarke*, 93 NY2d 904, 906 [1999]; *People v Lopez*, 71 NY2d 662, 665 [1988]; *People v Oseni*, 107 AD3d 829 [2013]; *People v Newson*, 106 AD3d 839, 840 [2013]). Contrary to the defendant's contention, the exception to the preservation requirement is inapplicable (*see People v Lopez*, 71 NY2d at 666; *People v Devodier*, 102 AD3d 884 [2013]). In any event, the record does not support the defendant's claim that he did not understand that he was pleading guilty to three counts of a seven-count indictment in exchange for a promised sentence.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Lopez*, 6 NY3d 248, 254 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]). Leventhal, J.P., Austin, Roman, Miller and Barros, JJ., concur.